ZELENKO, Respondent, v. SCHACHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Aaron Zelenko against Pincus Schacher. No opinion. Motion denied on condition that the appellant perfect his appeal, place the cause at

the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.